**FILED**
October 16, 2007
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. 2:07-cr-423 GEB
Plaintiff, )
v. ) ORDER FOR RELEASE
) OF PERSON IN CUSTODY
Jeremy Boze, )
)
Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release  Jeremy Boze  Case  2:07-cr-423 GEB  from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__ Release on Personal Recognizance

__ Bail Posted in the Sum of _____

_X_ Unsecured bond in the amount of $25,000 co-signed by defendant's mother.

__ Appearance Bond with 10% Deposit

__ Appearance Bond secured by Real Property

__ Corporate Surety Bail Bond

_X_ (Other)  PTS conditions/supervision; third party custody of defendant's mother

Issued at  Sacramento, CA  on  10/16/07  at  2:40 p.m.

By _____
Kimberly J. Mueller,
United States Magistrate Judge