DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR.S-07-423-GEB |
| | ) |
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) |
| | ) |
| | ) Date: November 16, 2007 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | Judge: Hon. Garland E. Burrell,Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 16, 2007 be vacated, and the matter set for status conference on December 14, 2007 at 9:00 a.m.

   The reason for this continuance is to allow defense counsel additional time to review new discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 14, 2007 pursuant to 18

U.S.C. §3161 (h)(8) From November 16, 2007 (the date of the execution of this stipulation (B)(iv) and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: November 13, 2007.                    Respectfully submitted,

                                               DANIEL J. BRODERICK
                                               Federal Public Defender

DATED: November 13, 2007.                    /s/ Linda C. Harter
                                               LINDA C. HARTER
                                             Chief Assistant Federal Defender
                                             Attorney for Defendant

                                             McGREGOR W. SCOTT
                                             United States Attorney

DATED: November 13, 2007.                    /s/Heiko Coppola
                                             HEIKO COPPOLA
                                             Assistant U.S. Attorney
                                             Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §3161(h)(1)(F), Local Code (E) and §3161(h)(8)(B)(iv) and Local Code T4.

DATED: November 13, 2007

                                             GARLAND E. BURRELL, JR.
                                             United States District Judge