DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-423-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) | |
| | ) | |
| | ) | Date:  January  18, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell,Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 14, 2007 be vacated, and the matter set for status conference on January 18, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review new discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including January 18, 2008 pursuant to 18 U.S.C.

1 §3161 (h)(8)(B)(iv) [reasonable time to prepare]and Local Code T4 based

2 upon continuity of counsel and defense preparation.

3 DATED:  December 6, 2007.                    Respectfully submitted,

4                                              DANIEL J. BRODERICK
                                              Federal Public Defender
5

6

7 DATED:  December 6, 2007.                    /s/ Linda C. Harter_____
                                              LINDA C. HARTER
8                                              Chief Assistant Federal Defender
                                              Attorney for Defendant

9                                              McGREGOR W. SCOTT
                                              United States Attorney
10

11

12 DATED:  December 6, 2007.                    /s/Heiko Coppola_____
                                              HEIKO COPPOLA
13                                             Assistant U.S. Attorney
                                              Attorney for Plaintiff

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including January 18, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated:  December 6, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge