DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY THOMAS BOZE,<br><br>　　　　　Defendant. | NO. CR.S-07-423-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date: February 29, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell,Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of January 18, 2008 be vacated, and the matter set for status conference on February 29, 2008 at 9:00 a.m.

　　　　The reason for this continuance is to allow defense counsel additional time to review new discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 29, 2008 pursuant to 18

U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: January 17, 2008.            Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


DATED: January 17, 2008.            /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant

                                    McGREGOR W. SCOTT
                                    United States Attorney


DATED: January 17, 2008.            /s/Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 29, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated:  January 17, 2008

GARLAND E. BURRELL, JR.
United States District Judge

3