```
MCGREGOR W. SCOTT
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JEREMY THOMAS BOZE<br><br>　　　　　Defendant. | CASE NO. 2:07-CR-0423 GEB<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO EXCLUDE TIME |

　　　The parties request that the status conference in this case be continued from April 4, 2008 to May 30, 2008 at 9:00 a.m.. They stipulate that the time between April 4, 2008 and May 30, 2008 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T-4.  Specifically, defense counsel needs additional time to review the discovery and conduct an examination, with the assistance of an expert, of the

1

computer seized from the defendant's residence.  The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

                                          Respectfully Submitted,

                                          McGREGOR W. SCOTT
                                          United States Attorney

DATE: April 4, 2008         By:   /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA
                                        Assistant U.S. Attorney

DATE: April 4, 2008              /s/ Linda Harter
                                        LINDA HARTER
                                        Attorney for Defendant

                                          **SO ORDERED.**

Dated:  April 4, 2008

                                          GARLAND E. BURRELL, JR.
                                          United States District Judge