DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-423-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING STATUS CONFERENCE AND |
| | ) | EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) | |
| | ) | |
| | ) | Date:  May 30, 2008 |
| Defendant. | ) | Time:  9:00 a.m. |
| _____ | ) | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of May 30, 2008 be vacated, and the matter set for status conference on July 25, 2008 at 9:00 a.m.

The reason for this continuance is that defense counsel has hired a computer forensic specialist.  She has not been able to conduct her examination because of conflicts in her own schedule as well as the restrictions placed on where this can be accomplished under the Adam Walsh Act.  Additionally, defense counsel will be out of the country June 27th. through July 14th.

1    Based upon the foregoing, the parties agree that the time under

2  the Speedy Trial Act should be excluded from the date of signing of

3  this order through and including July 25, 2008 pursuant to 18 U.S.C.

4  §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4

5  based upon continuity of counsel and defense preparation.

6  DATED:  May 20, 2008.              Respectfully submitted,

7                                     DANIEL J. BRODERICK
                                       Federal Public Defender
8

9
   DATED:  May 20, 2008.             /s/ Linda C. Harter
10                                    LINDA C. HARTER
                                       Chief Assistant Federal Defender
11                                    Attorney for Defendant

12                                    McGREGOR W. SCOTT
                                       United States Attorney
13

14
   DATED:  May 20, 2008.             /s/Heiko Coppola
15                                    HEIKO COPPOLA
                                       Assistant U.S. Attorney
16                                    Attorney for Plaintiff

17

18

19

20

21

22

23

24

25

26

27

28

                                   2

1

2

3

_____

**O R D E R**

4

5

**IT IS SO ORDERED.**  Time is excluded from today's date through and

6

including July 25, 2008 in the interests of justice pursuant to 18

7

U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code

8

T4.

9

Dated:  May 20, 2008

10

_____

11

GARLAND E. BURRELL, JR.
United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28