DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-07-423-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING STATUS CONFERENCE AND |
| | ) EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) |
| | ) Date: July 25, 2008 |
| Defendant. | ) Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of July 25, 2008 be vacated, and the matter set for status conference on August 22, 2008 at 9:00 a.m.

    The reason for this continuance is that defense counsel has just recently returned from being outside the country and needs additional time to investigate.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including August 22, 2008 pursuant to 18 U.S.C.

1  §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4
2  based upon continuity of counsel and defense preparation.
3  DATED:  July 24, 2008                    Respectfully submitted,
4                                           DANIEL J. BRODERICK
                                            Federal Public Defender
5
6                                           /s/ Linda C. Harter
                                            LINDA C. HARTER
7                                           Chief Assistant Federal Defender
                                            Attorney for JEREMEY BOZE
8
9                                           McGREGOR W. SCOTT
                                            United States Attorney
10
11 DATED:  July 24, 2008                    /s/Heiko Coppola
                                            HEIKO COPPOLA
12                                          Assistant U.S. Attorney
                                            Attorney for Plaintiff
13

14                               **O R D E R**

15     **IT IS SO ORDERED.**  Time is excluded from today's date through and
16 including August 22, 2008 in the interests of justice pursuant to 18
17 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code
18 T4.
19 Dated:  July 24, 2008
20
21                                   _____
                                     GARLAND E. BURRELL, JR.
22                                   United States District Judge

Stip & Order/Jeremy Boze                 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28