DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>     v.                            )<br>                                   )<br> JEREMY THOMAS BOZE,               )<br>                                   )<br>            Defendant.             )<br>_____) | NO. CR.S-07-423-GEB<br><br>STIPULATION AND [PROPOSED] ORDER<br>CONTINUING STATUS CONFERENCE AND<br>EXCLUDING TIME<br><br>Date:  August 22, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of August 22, 2008 be vacated, and the matter set for status conference on September 19, 2008 at 9:00 a.m.

This continuance is requested to allow defense counsel additional time for ongoing investigation, and to examine possible resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 19, 2008 pursuant to

18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: August 21, 2008              Respectfully submitted,

                                    DANIEL J. BRODERICK
                                    Federal Public Defender


                                    /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Chief Assistant Federal Defender
                                    Attorney for Defendant
                                    JEREMEY BOZE


Dated:  August 21, 2008             McGREGOR W. SCOTT
                                    United States Attorney


                                    /s/Heiko Coppola
                                    HEIKO COPPOLA
                                    Assistant U.S. Attorney
                                    Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including September 19, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated: August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/Jeremy Boze                2