DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-07-423-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JEREMY THOMAS BOZE, | |
| Defendant. | Date: September 19, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

　　　IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of September 19, 2008 be vacated, and the matter set for status conference on October 17, 2008 at 9:00 a.m.

　　　This continuance is requested to allow defense counsel additional time for ongoing investigation, and to continue working with the government toward possible resolution of the case.

　　　Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including October 17, 2008 pursuant to

1  18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local

2  Code T4 based upon continuity of counsel and defense preparation.

3  Dated: September 18, 2008          Respectfully submitted,

4                                     DANIEL J. BRODERICK
                                      Federal Public Defender
5

6                                     /s/ Linda C. Harter
                                      LINDA C. HARTER
7                                     Chief Assistant Federal Defender
                                      Attorney for Defendant
8                                     JEREMEY BOZE

9

10 Dated: September 18, 2008          McGREGOR W. SCOTT
                                      United States Attorney
11

12                                    /s/Heiko Coppola
                                      HEIKO COPPOLA
13                                    Assistant U.S. Attorney
                                      Attorney for Plaintiff
14

15                         **O R D E R**

16    **IT IS SO ORDERED.**  Time is excluded from today's date through and

17 including October 17, 2008 in the interest of justice pursuant to

18 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code

19 T4.

20 Dated:  September 18, 2008

21

22                                    _____
                                      GARLAND E. BURRELL, JR.
23                                    United States District Judge

24

25

26

27

28

Stip & Order/Jeremy Boze          2