DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> JEREMY THOMAS BOZE, ) <br> ) <br> ) <br> Defendant. ) <br> _____ | NO. CR.S-07-423-GEB <br><br> STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME <br><br> Date: October 31, 2008 <br> Time: 9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of October 31, 2008 be vacated, and the matter set for status conference on November 21, 2008 at 9:00 a.m.

Defense counsel will be unavailable due to medical leave, and additional time is needed for ongoing investigation and to continue working with the government toward possible resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including November 21, 2008 pursuant to

1  18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local
2  Code T4 based upon continuity of counsel and defense preparation.
3  Dated: October 28, 2008                Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         JEREMEY BOZE


Dated: October 28, 2008                  McGREGOR W. SCOTT
                                         United States Attorney


                                         /s/Heiko Coppola
                                         HEIKO COPPOLA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including November 21, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated: October 29, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/Jeremy Boze                 2