DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California   95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR.S-07-423-GEB |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| JEREMY THOMAS BOZE, | |
| Defendant. | Date: November 21, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of November 21, 2008 be vacated, and the matter set for status conference on December 19, 2008 at 9:00 a.m.

The parties have had preliminary discussions regarding resolution of the case but seek additional time for ongoing factual investigation and to consider settlement options.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including December 19, 2008 pursuant to

1 | 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local
2 | Code T4 based upon continuity of counsel and defense preparation.

Dated: November 18, 2008             Respectfully submitted,

                                     DANIEL J. BRODERICK
                                     Federal Public Defender


                                     /s/ Linda C. Harter
                                     LINDA C. HARTER
                                     Chief Assistant Federal Defender
                                     Attorney for Defendant
                                     JEREMEY BOZE


Dated: November 18, 2008             McGREGOR W. SCOTT
                                     United States Attorney


                                     /s/Heiko Coppola
                                     HEIKO COPPOLA
                                     Assistant U.S. Attorney
                                     Attorney for Plaintiff


**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including December 19, 2008 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated: November 18, 2008

                                     _____
                                     GARLAND E. BURRELL, JR.
                                     United States District Judge

Stip & Order/Jeremy Boze                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stip & Order/Jeremy Boze                              3