DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>JEREMY THOMAS BOZE,<br><br>            Defendant. | NO. CR.S-07-423-GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME<br><br>Date:  December 19, 2008<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the status conference hearing date of December 19, 2008 be vacated, and the matter set for status conference on February 13, 2009 at 9:00 a.m.

    The parties are continuing to conduct computer forensic examinations and are continuing to explore the possibility of resolving the case.

    Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 13, 2009 pursuant to

18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: December 16, 2008                    Respectfully submitted,

                                            DANIEL J. BRODERICK
                                            Federal Public Defender

                                            /s/ Linda C. Harter
                                            LINDA C. HARTER
                                            Chief Assistant Federal Defender
                                            Attorney for Defendant
                                            JEREMEY BOZE

Dated: December 16, 2008                    McGREGOR W. SCOTT
                                            United States Attorney

                                            /s/Heiko Coppola
                                            HEIKO COPPOLA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.** Time is excluded from today's date through and including February 13, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated: December 19, 2008

                                            _____
                                            GARLAND E. BURRELL, JR.
                                            United States District Judge

Stip & Order/Jeremy Boze                2