DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR.S-07-423-GEB |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | CONTINUING MOTION HEARING AND |
| | ) | EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) | |
| | ) | Date:  May 1, 2009 |
| | ) | Time:  9:00 a.m. |
| Defendant. | ) | Judge: Hon. Garland E. Burrell, Jr. |

_____

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the motions hearing date of May 1, 2009 be vacated and continued for hearing on motions to May 29, 2009 at 9:00 a.m..

Defendant's motions will be due no later than April 24, 2009; any government opposition due no later than May 15, 2009.

This continuance is requested as the parties will be using this period of time to work out some issues short of litigation.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of

this order through and including May 29, 2009 pursuant to 18 U.S.C.

§3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: March 27, 2009                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Linda C. Harter
                                         LINDA C. HARTER
                                         Chief Assistant Federal Defender
                                         Attorney for Defendant
                                         JEREMEY BOZE


Dated: March 27, 20098                   LARRY BROWN
                                         Acting United States Attorney


                                         /s/Heiko Coppola
                                         HEIKO COPPOLA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff

## O R D E R

**IT IS SO ORDERED.**  Time is excluded from today's date through and

including May 29, 2009 in the interest of justice pursuant to

18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code

T4.

Dated:  April 3, 2009


                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28