```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JEREMY THOMAS BOZE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. CR.S-07-423-GEB |
|---|---|
| Plaintiff, | ) |
| | ) STIPULATION AND [PROPOSED] ORDER |
| v. | ) CONTINUING MOTION HEARING AND |
| | ) EXCLUDING TIME |
| JEREMY THOMAS BOZE, | ) |
| | ) Date: May 29, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the motions hearing date of May 29, 2009 be vacated and continued for a status conference on July 10, 2009 at 9:00 a.m..

This continuance is requested as the parties will be using this period of time to work out some issues regarding access to the computer drive during trial and some remaining discovery issues. The parties are also exploring whether or not the case and be resolved without a trial.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including July 10, 2009 pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: May 28, 2009                Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Public Defender


                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   JEREMEY BOZE


Dated: May 28, 2009                LARRY G. BROWN
                                   Acting United States Attorney


                                   /s/Heiko Coppola
                                   HEIKO COPPOLA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including July 10, 2009 in the interest of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv)[reasonable time to prepare] and Local Code T4.

Dated:  June 1, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

Stip & Order/Jeremy Boze                    2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28