LAWRENCE G. BROWN
Acting United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>     v.                               )<br>                                      )<br> JEREMY THOMAS BOZE                   )<br>                                      )<br>                                      )<br>            Defendant.                )<br> _____) | CASE NO. 2:07-CR-0423 GEB<br><br><br><br>AMENDED STIPULATION AND<br>[PROPOSED] ORDER TO<br>EXCLUDE TIME |

The parties request that the status conference in this case be continued from July 10, 2009 to July 31, 2009 at 9:00 a.m.. They stipulate that the time between July 10, 2009 and July 31, 2009 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Specifically, the parties are resolving issues related to access to the computer during trial and some remaining discovery issues.  The

1

1  parties are also exploring whether the matter can be resolved
2  without a trial.
3      The parties stipulate and agree that the interests of
4  justice served by granting this continuance outweigh the best
5  interests of the public and the defendant in a speedy trial.  18
6  U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    LAWRENCE G. BROWN
                                    Acting United States Attorney

DATE: July 7, 2009         By:      /s/ Heiko P. Coppola
                                    HEIKO P. COPPOLA
                                    Assistant U.S. Attorney


DATE: July 7, 2009                  /s/ Linda C. Harter
                                    LINDA C. HARTER
                                    Attorney for Defendant

                            **SO ORDERED.**

Dated:  July 7, 2009

                            _____
                            GARLAND E. BURRELL, JR.
                            United States District Judge