1   DANIEL J. BRODERICK, Bar #89424
Federal Defender
2   LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
3   Designated Counsel for Service
801 I Street, 3rd Floor
4   Sacramento, California  95814
Telephone: (916) 498-5700
5

Attorney for Defendant
6   JEREMY THOMAS BOZE

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,     )   NO. CR.S-07-423-GEB
                                 )
12             Plaintiff,     )         **AMENDED**
                                 )   STIPULATION AND [PROPOSED] ORDER
13      v.                 )   VACATING STATUS CONFERENCE AND
                                 )   SETTING TRIAL-CONFIRMATION AND
14   JEREMY THOMAS BOZE,        )   JURY TRIAL DATES
                                 )
15                       )   Date:  February 26, 2010
            Defendant.     )   Time:  9:00 a.m.
16   _____   Judge: Hon. Garland E. Burrell, Jr.

17       IT IS HEREBY STIPULATED by and between the parties hereto through

18   their respective counsel, HEIKO COPPOLA, Assistant United States

19   Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

20   Federal Defender, attorney for Defendant, that the status conference

21   hearing date of July 31, 2009 be vacated and rescheduled for trial-

22   confirmation hearing on February 26, 2010 at 9:00 a.m. and jury trial

23   on March 16, 2010 at 9:00 a.m.

24       This continuance is requested as the parties are using this period

25   of time to work out some issues regarding access to the computer drive

26   during trial and remaining discovery issues.

27       Based upon the foregoing, the parties agree that the time under

28   the Speedy Trial Act should be excluded from the date of signing of

this order through and including March 16, 2010 pursuant to 18 U.S.C.

§3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4

based upon continuity of counsel and defense preparation.

Dated: July 30, 2009                    Respectfully submitted,

                                        DANIEL J. BRODERICK
                                        Federal Public Defender


                                        /s/ Linda C. Harter
                                        LINDA C. HARTER
                                        Chief Assistant Federal Defender
                                        Attorney for Defendant
                                        JEREMEY BOZE


Dated: July 30, 2009                    LARRY G. BROWN
                                        Acting United States Attorney


                                        /s/Heiko Coppola
                                        HEIKO COPPOLA
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff

**O R D E R**

   **IT IS SO ORDERED.**   Time is excluded from today's date through and

including March 16, 2010 in the interest of justice pursuant to

18 U.S.C. §3161(h)(7)(B)(iv)[reasonable time to prepare] and Local Code

T4.

Dated:  August 4, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28