1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  LINDA C. HARTER, Bar #179741
   Chief Assistant Federal Defender
3  Designated Counsel for Service
   801 I Street, 3rd Floor
4  Sacramento, California  95814
   Telephone: (916) 498-5700
5
   Attorney for Defendant
6  JEREMY THOMAS BOZE

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,       )  NO. CR.S-07-423-GEB
                                    )
13                 Plaintiff,       )        *AMENDED*
                                    )  **STIPULATION AND ORDER CONTINUING**
14        v.                        )  **TRIAL CONFIRMATION AND JURY TRIAL**
                                    )  **DATES AND EXCLUDING TIME**
15  JEREMY THOMAS BOZE,             )
                                    )  Date:  August 3, 2010
16                                  )  Time:  9:00 a.m.
                   Defendant.       )  Judge: Hon. Garland E. Burrell, Jr.
17  _____

18       IT IS HEREBY STIPULATED by and between the parties hereto through

19  their respective counsel, HEIKO COPPOLA, Assistant United States

20  Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant

21  Federal Defender, attorney for Defendant, that the Trial-Confirmation

22  hearing date of February 26, 2010 and Jury Trial date of March 16, 2010

23  be vacated, and rescheduled for Trial-Confirmation hearing on July 16,

24  2010 at 9:00 a.m. and for Jury Trial on August 3, 2010 at 9:00 a.m.

25       This continuance is requested because this case was set at the

26  same date as another large trial and defense counsel needed a date and

27  time convenient for her expert.  The additional period of time will be

28  used by the parties for further preparation for trial.

1     Based upon the foregoing, the parties agree that the time under

2  the Speedy Trial Act should be excluded from the date of signing of

3  this order through and including August 3, 2010 pursuant to 18 U.S.C.

4  §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4

5  based upon continuity of counsel and defense preparation.

6  Dated: February 2, 2010              Respectfully submitted,

7                                       DANIEL J. BRODERICK
                                        Federal Public Defender
8

9                                       /s/ Linda C. Harter
                                        LINDA C. HARTER
10                                      Chief Assistant Federal Defender
                                        Attorney for Defendant
11                                      JEREMEY BOZE

12

13 Dated: February 2, 2010              BENJAMIN B. WAGNER
                                        United States Attorney
14

15                                      /s/Heiko Coppola
                                        HEIKO COPPOLA
16                                      Assistant U.S. Attorney
                                        Attorney for Plaintiff
17

18                        **O R D E R**

19    **IT IS SO ORDERED.**  For the reasons set forth above, the court

20 finds that the ends of justice to be served by a continuance outweigh

21 the best interests of the public and the defendant in a speedy trial

22 and therefore excludes time under the Speedy Trial Act through August

23 3, 2010.

24    IT IS SO ORDERED.

25 Dated:  February 4, 2010

26

27  _____
                                        GARLAND E. BURRELL, JR.
28                                      United States District Judge

Stip & Order/Jeremy Boze                 2