```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JEREMY THOMAS BOZE,<br><br>          Defendant.<br>_____ | NO. CR.S-07-423-GEB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL DATES AND EXCLUDING TIME**<br><br>Date:  August 3, 2010<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Trial-Confirmation hearing date of July 16, 2010 and Jury Trial date of August 3, 2010 be vacated, and rescheduled for Trial-Confirmation hearing on November 19, 2010 at 9:00 a.m. and for Jury Trial on December 7, 2010 at 9:00 a.m.

This continuance is requested because defense counsel is retaining a new defense expert which will require a new date and time convenient for the expert.  The additional period of time will be used by the parties for further preparation for trial.

Based upon the foregoing, the parties agree that the time under

1 the Speedy Trial Act should be excluded from the date of signing of
2 this order through and including December 7, 2010 pursuant to 18 U.S.C.
3 §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4
4 based upon continuity of counsel and defense preparation.

5 Dated: June 14, 2010                    Respectfully submitted,

6                                         DANIEL J. BRODERICK
                                          Federal Public Defender
7

8                                         /s/ Linda C. Harter
                                          LINDA C. HARTER
9                                         Chief Assistant Federal Defender
                                          Attorney for Defendant
10                                        JEREMEY BOZE

11

12 Dated: June 14, 2010                   BENJAMIN B. WAGNER
                                          United States Attorney
13

14                                        /s/Heiko Coppola
                                          HEIKO COPPOLA
15                                        Assistant U.S. Attorney
                                          Attorney for Plaintiff
16

17                              **O R D E R**

18    **IT IS SO ORDERED.**  For the reasons set forth above, the court
19 finds that the ends of justice to be served by a continuance outweigh
20 the best interests of the public and the defendant in a speedy trial
21 and therefore excludes time under the Speedy Trial Act through
22 December 7, 2010.

23 Dated:  June 16, 2010

24

25                                        _____
                                          GARLAND E. BURRELL, JR.
26                                        United States District Judge

27

28

Stip & Order/Jeremy Boze              2