```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JEREMY THOMAS BOZE, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR.S-07-423-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER VACATING TRIAL CONFIRMATION AND JURY TRIAL DATES AND SETTING STATUS CONFERENCE;EXCLUDING TIME** <br><br> Date:  November 19, 2010 <br> Time:  9:00 a.m. <br> Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Trial-Confirmation hearing date of November 19, 2010 and Jury Trial date of December 7, 2010 be vacated, and the matter rescheduled for Status Conference on January 14, 2011 at 9:00 a.m.

    Government's counsel has received a new forensic report in this matter and defense counsel has received a new forensic report and both parties are comparing their reports with an anticipated goal of resolution of the case.

    Based upon the foregoing, the parties agree that the time under

1  the Speedy Trial Act should be excluded from the date of signing of
2  this order through and including January 14, 2011 pursuant to 18 U.S.C.
3  §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4
4  based upon continuity of counsel and defense preparation.

5  Dated: November 17, 2010                Respectfully submitted,

6                                          DANIEL J. BRODERICK
                                           Federal Public Defender
7

8                                          /s/ Linda C. Harter
                                           LINDA C. HARTER
9                                          Chief Assistant Federal Defender
                                           Attorney for Defendant
10                                         JEREMY BOZE

11

12 Dated: November 17, 2010                BENJAMIN B. WAGNER
                                           United States Attorney
13

14                                         /s/Heiko Coppola
                                           HEIKO COPPOLA
15                                         Assistant U.S. Attorney
                                           Attorney for Plaintiff
16

17                          **O R D E R**

18     **IT IS SO ORDERED.**  For the reasons set forth above, the court
19 finds that the ends of justice to be served by a continuance outweigh
20 the best interests of the public and the defendant in a speedy trial
21 and therefore excludes time under the Speedy Trial Act through
22 January 14, 2011.

23 Dated:  November 18, 2010

24
25                                         _____
                                           GARLAND E. BURRELL, JR.
26                                         United States District Judge
27
28

Stip & Order/Jeremy Boze                  2