DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,            )<br>                                      )<br>            Plaintiff,                )<br>                                      )<br>      v.                              )<br>                                      )<br>JEREMY THOMAS BOZE,                   )<br>                                      )<br>            Defendant.                )<br>_____) | NO. CR.S-07-423-GEB<br><br>**STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME**<br><br>Date: January 14, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Status Conference hearing date of January 14, 2011 be vacated, and the matter rescheduled for Status Conference on February 4, 2011 at 9:00 a.m.

Investigation in the above matter is ongoing and all parties are continuing their negotiations toward an anticipated goal of resolution of the case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 4, 2011 pursuant to 18 U.S.C.

1  §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4
2  based upon continuity of counsel and defense preparation.

3  Dated: January 4, 2011                Respectfully submitted,

4                                        DANIEL J. BRODERICK
                                         Federal Public Defender
5

6                                        /s/ Linda C. Harter
                                         LINDA C. HARTER
7                                        Chief Assistant Federal Defender
                                         Attorney for Defendant
8                                        JEREMY BOZE

9

10 Dated: January 4, 2011                BENJAMIN B. WAGNER
                                         United States Attorney
11

12                                       /s/Heiko Coppola
                                         HEIKO COPPOLA
13                                       Assistant U.S. Attorney
                                         Attorney for Plaintiff
14

15                        **O R D E R**

16    **IT IS SO ORDERED.** For the reasons set forth above, the court
17 finds that the ends of justice to be served by a continuance outweigh
18 the best interests of the public and the defendant in a speedy trial
19 and therefore excludes time under the Speedy Trial Act through
20 February 4, 2011.

21 Dated: January 4, 2011

                                         _____
                                         GARLAND E. BURRELL, JR.
                                         United States District Judge