BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2770

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 2:07-CR-0423 GEB |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE JURY TRIAL AND EXCLUDE TIME |
| JEREMY THOMAS BOZE | ) | |
| Defendant. | ) | |

The parties request that the trial confirmation hearing date of July 22, 2011 and the trial date of August 23, 2011 be vacated and rescheduled for trial confirmation on December 23, 2011 at 9:00 a.m. and jury trial date January 17, 2012 at 9:00 a.m.

This continuance is requested because the government's case agent, who is an essential witness, will be out-of-state and unavailable for the current trial date.  The new trial date of January 17, 2012 is the first available date for both defense and government counsel due their respective jury trial schedules. Additionally, both counsel will use the time between July 22, 2011 and January 17, 2012 to continue preparing for trial and further investigation of this matter.  Defense counsel is also

1

researching potential pretrial issues, anticipates the filing of pretrial motions and will need additional time to research and prepare those motions.

The parties stipulate and agree that the time between July 22, 2011 and January 17, 2012 should be excluded from the calculation of time under the Speedy Trial Act.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendant may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4.  Additionally, the parties stipulate and agree that the time should also be excluded because of the unavailability of an essential witness.  18 U.S.C. § 3161(h)(3)(A) and Local Code M.

The parties stipulate and agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).

                                    Respectfully Submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney


DATE: July 21, 2011      By:   /s/ Heiko P. Coppola
                               HEIKO P. COPPOLA
                               Assistant U.S. Attorney


DATE: July 21, 2011            /s/ Linda C. Harter
                               LINDA C. HARTER
                               Attorney for Defendant

**SO ORDERED.**

Dated:   July 21, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge