DANIEL J. BRODERICK, Bar #89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR-S-07-423-GEB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL DATES; EXCLUDING TIME** |
| v. | |
| JEREMY THOMAS BOZE, | Date: April 27, 2012 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, HEIKO COPPOLA, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Trial-Confirmation hearing date of April 27, 2012 and Jury Trial date of May 22, 2012 be vacated, and the matter rescheduled for Trial-Confirmation hearing on February 1, 2013 at 9:00 a.m. and Jury Trial on February 19, 2013 at 9:00 a.m.

Additional time is requested for further investigation of the charges in the Superseding Indictment, and to accomodate the attorneys' schedules.

Based upon the foregoing, the parties stipulate and agree that the

ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial and time under the Speedy Trial Act should be excluded from the date of signing of this order through and including February 1, 2013 pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

Dated: April 18, 2012              Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Federal Public Defender


                                   /s/ Linda C. Harter
                                   LINDA C. HARTER
                                   Chief Assistant Federal Defender
                                   Attorney for Defendant
                                   JEREMY BOZE


Dated: April 18, 2012              BENJAMIN B. WAGNER
                                   United States Attorney


                                   /s/Heiko Coppola
                                   HEIKO COPPOLA
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff

### O R D E R

**IT IS SO ORDERED.** For the reasons set forth above, the court finds that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and therefore excludes time under the Speedy Trial Act through February 1, 2013.

Dated: April 18, 2012

                                   _____
                                   GARLAND E. BURRELL, JR.
                                   United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28