JOSEPH SCHLESINGER, Bar #87692
Acting Federal Public Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JEREMY THOMAS BOZE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY THOMAS BOZE,<br><br>　　　　Defendant. | NO. CR-S-07-423-GEB<br>AMENDED<br>**STIPULATION AND [PROPOSED] ORDER CONTINUING TRIAL CONFIRMATION AND JURY TRIAL DATES;EXCLUDING TIME**<br><br>Date:  April 5, 2013<br>Time:  9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELLE A. PRINCE, Assistant United States Attorney, attorney for Plaintiff, and LINDA C. HARTER, Chief Assistant Federal Defender, attorney for Defendant, that the Trial-Confirmation hearing date of February 1, 2013 and Jury Trial date of February 19, 2013 be vacated, and the matter rescheduled for Trial-Confirmation hearing on April 5, 2013 at 9:00 a.m. and Jury Trial on April 30, 2013 at 9:00 a.m.

Additional time is requested for further investigation of the charges, and to accommodate the attorneys' schedules.

Based upon the foregoing, the parties stipulate and agree that the ends of justice served by granting this continuance outweigh the best

1  interests of the public and the defendant in a speedy trial
2  and time under the Speedy Trial Act should be excluded from the date of
3  signing of this order through and including April 5, 2013 pursuant to
4  18 U.S.C. §3161 (h)(7)(B)(iv) [reasonable time to prepare] and Local
5  Code T4 based upon continuity of counsel and defense preparation.

6  Dated: January 17, 2013          Respectfully submitted,

7                                    JOSEPH SCHLESINGER
                                     Acting Federal Public Defender
8

9                                    /s/ Linda C. Harter
                                     LINDA C. HARTER
10                                   Chief Assistant Federal Defender
                                     Attorney for Defendant
11                                   JEREMY BOZE

12

13 Dated: January 17, 2013           BENJAMIN B. WAGNER
                                     United States Attorney
14

15                                   /s/Michelle A. Prince
                                     MICHELLE A. PRINCE
16                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff
17

18                                **O R D E R**

19    **IT IS SO ORDERED.**  For the reasons set forth above, the court
20 finds that the ends of justice to be served by a continuance outweigh
21 the best interests of the public and the defendant in a speedy trial
22 and therefore excludes time under the Speedy Trial Act through
23 April 5, 2013.

24 Dated:  January 17, 2013

25

26                                   _____
                                     GARLAND E. BURRELL, JR.
27                                   Senior United States District Judge

28

Stip & Order/Jeremy Boze            2