BENJAMIN B. WAGNER
United States Attorney
HEIKO P. COPPOLA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:07-CR-00423-TLN |
| Plaintiff, | |
| v. | FINAL ORDER OF FORFEITURE |
| JEREMY THOMAS BOZE, | |
| Defendant. | |

WHEREAS, on or about November 19, 2013, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Jeremy Thomas Boze forfeiting to the United States the following property:

      a.    One computer of unknown brand,

      b.    One Western Digital WD400 hard drive, serial number WCAAT6395112, removed from a computer of unknown brand; and

      c.    One Maxtor 52049U4 hard drive, serial number K40EVJ6C removed from a computer of unknown brand.

AND WHEREAS, Beginning on November 24, 2013, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of

publication of the notice for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Jeremy Thomas Boze.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The Department of Homeland Security, Customs and Border Protection shall maintain custody of and control over the subject property until it is disposed of according to law.

SO ORDERED this 2nd day of December, 2014.

_____
Troy L. Nunley
United States District Judge